JS - 6

UNITED  STATES  DISTRICT  COURT

FOR  THE  CENTRAL  DISTRICT  OF  CALIFORNIA

| MEG NEVIL | ) | CASE NO. SA CV08-0943-DOC(RCx) |
|---|---|---|
| | ) | |
| **Plaintiff(s),** | ) | |
| | ) | **ORDER DISMISSING ACTION** |
| **v.** | ) | |
| | ) | |
| DAVIS AND GOLDMARK INC. | ) | |
| | ) | |
| **Defendant(s).** | ) | |
| | ) | |
| _____ | ) | |

Pursuant to the stipulation of the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED that this case is dismissed with prejudice.  Each party to bear its own attorneys fees and costs herein.


DATED: September 10, 2009        _____
                                          DAVID O. CARTER
                                       United States District Judge